.NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT BOSCH LLC,**
*Plaintiff-Appellant,*

v.

**PYLON MANUFACTURING CORP.,**
*Defendant-Cross-Appellant.*

---

2011-1363, -1364

---

Appeals from the United States District Court for the District of Delaware in case no. 08-CV-0542, Judge Sue L. Robinson.

---

**ON MOTION**

---

**ORDER**

Pylon Manufacturing Corp. moves without opposition to substitute Mark A. Pals in place of Gregory L. Hillyar as principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUL 2 7 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Mark A. Pals, Esq.
    Gregory L. Hillyer, Esq.
    Mark A. Hannemann, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 7 2011

JAN HORBALY
CLERK